[No. 11302-7-III.   Division Three.   December 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD O. DYER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89-1-00377-2, Yancey Reser, J., entered December 28, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11241-1-III.   Division Three.   December 3, 1992.]

*In the Matter of the Marriage of* LAVERNE M. HAINES, *Appellant, and* JAMES L. HAINES, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 88-3-00104-1, Wallis W. Friel, J., entered November 5, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11750-2-III.   Division Three.   December 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. BRUMMETT, *Petitioner*.

Appeal from a judgment of the Superior Court for Ferry County, No. 91-2-00014-3, Larry M. Kristianson, J., entered July 16, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.